WILLIAM C. BREED et al., as Receivers of the NEW YORK NATIONAL BUILDING AND LOAN ASSOCIATION, Appellants, *v.* LEONARD RUOFF, SR., et al., Respondents.

*Breed* v. *Ruoff,* 69 App. Div. 620, appeal dismissed.
(Submitted June 12, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 18, 1902, denying a motion by plaintiffs for leave to appeal to the Court of Appeals from a former judgment which affirmed an interlocutory judgment entered upon a decision of the court on trial at Special Term.

*G. D. B. Hasbrouck* and *Russel S. Johnson* for appellants.

*Thaddeus D. Kenneson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.